```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-03658-HWV
Matthew James Lentz                                                 Chapter 7
Jamie Marie Lentz
         Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1          User: SusanFris              Page 1 of 2       Date Rcvd: Sep 12, 2017
                              Form ID: ntcor341            Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
db/jdb        +Matthew James Lentz,    Jamie Marie Lentz,    1105 Brook Lane,    Harrisburg, PA 17111-3732
aty           +Chad J. Julius,    Jacobson & Julius,    8150 Derry Street, Suite A,    Harrisburg, PA 17111-5212
tr            +Markian R Slobodian (Trustee),    801 North Second Street,    Harrisburg, PA 17102-3210
4964884       +Barclays Bank Delaware,    PO box 8803,    Wilmington, DE 19899-8803
4964885       +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
4964886       +Besty Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
4964888       +Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
4964891       +Capital One Bank/Kohls,    PO Box 30285,    Salt Lake City, UT 84130-0285
4964892       +Chase Slate,    Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
4964893       +Comenity Bank/Express,    Po Box 182789,    Columbus, OH 43218-2789
4964894       +Comenity Bank/Victorias Secret,    PO Box 182789,    Columbus, OH 43218-2789
4964895       +Comenity Capital/Davids,    Po Box 182120,    Columbus, OH 43218-2120
4964896       +Compter Credit,    PO Box 5238,    Winston Salem, NC 27113-5238
4964897        Credit First Natl Assoc,    PO Box 81315,    Cleveland, OH 44181-0315
4964903       +McClure Law Office,    PO BOX 65,    Middletown, PA 17057-0065
4964904       +Midland Funding, LLC,    1 International Plaza 5th Floor,    Philadelphia, PA 19113-1510
4964905       +National Tire and Battery/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
4964906       +Nationwide Credit Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
4964907       +Pay Pal Credit,    PO Box 5018,    Lutherville Timonium, MD 21094-5018
4964908        Penn Credit Corporation,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
4964909       +Pinnacle Health Care,    2310 Patton Road Suite 150,    Harrisburg, PA 17112-9154
4964917       +Pinnacle Medical Services,    PO Box 8700,    Harrisburg, PA 17105-8700
4964919       +QVC c/o Penn Credit,    PO Box 988,    Harrisburg, PA 17108-0988
4964920       +Sears/CBNA,    PO BOX 6282,    Sioux Falls, SD 57117-6282
4964925       +TD Auto Finance,    PO Box 9223,    Farmington, MI 48333-9223
4964926       +TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
4964900      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Elan Financial Services,    PO Box 108,    Saint Louis, MO 63166)
4964927       +Verizon,    500 Technology Drive,    Suite 550,    Saint Charles, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 12 2017 18:55:27     United States Trustee,
               228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4964883        E-mail/Text: ally@ebn.phinsolutions.com Sep 12 2017 18:55:19      Ally Financial,
               PO Box 380901,    Minneapolis, MN 55438-0901
4964898       +E-mail/PDF: pa_dc_ed@navient.com Sep 12 2017 18:58:05     Dept of ED/NAVIENT,    PO Box 9635,
               Wilkes Barre, PA 18773-9635
4964901       +E-mail/Text: ebnsterling@weltman.com Sep 12 2017 18:55:24     Kay Jewelers,    375 Ghent Road,
               Fairlawn, OH 44333-4600
4964902        E-mail/Text: bnckohlsnotices@becket-lee.com Sep 12 2017 18:55:20     Kohl's,    PO Box 3043,
               Milwaukee, WI 53201-3043
4965097       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2017 19:03:30
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4964910       +E-mail/Text: schesek@pinnaclehealth.org Sep 12 2017 18:55:24     Pinnacle Health Hospitals,
               PO Box 2353,    Harrisburg, PA 17105-2353
4964918       +E-mail/Text: bankruptcyteam@quickenloans.com Sep 12 2017 18:55:31     Quicken Loans,
               1050 Woodward Avenue,    Detroit, MI 48226-1906
4964921       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 18:58:10     SYNCB/AMAZON PLCC,
               PO BOX 965036,    Orlando, FL 32896-5036
4964922       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 18:58:10     Synchrony Bank/JC Penny,
               PO Box 965022,    Orlando, FL 32896-5022
4964923        E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 18:58:04     Synchrony Bank/Lowes,
               PO Box 965022,    Orlando, FL 32896-5022
4964924        E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 18:58:04     Synchrony Bank/Walmart,
               PO Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4964887        Bureau of Account Managment.
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4964889*      +Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
4964890*      +Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
4964899*      +Dept of ED/NAVIENT,    PO Box 9635,    Wilkes Barre, PA 18773-9635
4964911*      +Pinnacle Health Hospitals,    PO Box 2353,    Harrisburg, PA 17105-2353
4964912*      +Pinnacle Health Hospitals,    PO Box 2353,    Harrisburg, PA 17105-2353
4964913*      +Pinnacle Health Hospitals,    PO Box 2353,    Harrisburg, PA 17105-2353
4964914*      +Pinnacle Health Hospitals,    PO Box 2353,    Harrisburg, PA 17105-2353
4964915*      +Pinnacle Health Hospitals,    PO Box 2353,    Harrisburg, PA 17105-2353
4964916*      +Pinnacle Health Hospitals,    PO Box 2353,    Harrisburg, PA 17105-2353
                                                                             TOTALS: 1, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:

      Chad J. Julius    on behalf of Debtor Matthew James Lentz cjulius@ljacobsonlaw.com, brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
      Chad J. Julius    on behalf of Joint Debtor Jamie Marie Lentz cjulius@ljacobsonlaw.com, brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
      Markian R Slobodian (Trustee)    PA49@ecfcbis.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                           TOTAL: 4

ntcor341(08/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Matthew James Lentz
Jamie Marie Lentz

Debtor(s)

Chapter 7

Case No. 1:17–bk–03658–HWV

Social Security No.:
xxx–xx–2170     xxx–xx–1417

Employer's Tax I.D. No.:

## Notice

You were mailed a Meeting of Creditors Notice in the above–referenced case. A correction was made to the information contained in that notice as stated below:

- Meeting of Creditors date, time or location

The below dates may be the same as on the original notice, unless any changes were required. All other information on the original 341 Notice will remain in full force and effect.

The Meeting a Creditors will be held:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 10, 2017<br>Time: 02:00 PM |
|---|---|

**Presumption of Abuse under 11 U.S.C. § 707(b): The presumption of abuse does not arise.**

**Deadline to:**

File a Complaint Objecting to Discharge of Debtor *or* to Determine Dischargeability of Certain Debts: **December 9, 2017.**

Object to Exemptions: **Thirty (30) days after the *conclusion* of the meeting of creditors.**

File a Proof of Claim (except a governmental unit): **Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

Initial requests for a continuance of hearing *( L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17108

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: SusanFrisch, Deputy Clerk

| | |
|---|---|
| (717) 901–2800 | |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 12, 2017 |