# Payslip

| Employee Name | Payroll Relationship Number | | Payroll |
|---|---|---|---|
| Jamie Lentz | | | KSS Biweekly |
| Person Number | Assignment Number | | Salary Basis Name |
| | | | Hourly |
| | Job Title | | Tax Reporting Unit Name |
| | Direct Support Professional - Residential | | Keystone Service Systems, Inc |
| Employee Address | Position | | Tax Reporting Unit Address |
| 1105 Brook Lane | | | 124 Pine Street |
| Harrisburg, PA 17111 | | | Harrisburg, PA 17101 |
| US | | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 7-Aug-2017 | 20-Aug-2017 | 1-Sep-2017 | 12.89 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,094.19 | 20,655.75 |
| Taxable Non Cash Benefits (Imputed Earnings) | 0.15 | 2.70 |
| Pretax Deductions | 45.60 | 835.22 |
| Employee Tax Deductions | 240.92 | 4,601.34 |
| Net Payment | 807.52 | 15,216.49 |

## Earnings

| Description | Current | Year to Date |
|---|---|---|
| Designated Holiday OT | 0.00 | 58.01 |
| Designated Holiday Paid | 0.00 | 515.60 |
| Group Term Life EE | 0.15 | 2.70 |
| OT Overtime Premium | 20.95 | 531.72 |
| PTO Time Paid | 0.00 | 2,545.79 |
| Regular Hours | 1,073.09 | 16,673.23 |
| Training Hours | 0.00 | 254.58 |
| Undesignated Holiday Paid | 0.00 | 74.12 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Regular Hours | | | 83.25 | 12.89 | 1.00 | 1,073.09 |
| OT Overtime Premium | | | 3.25 | 6.44 | 1.00 | 20.95 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental EE | 5.49 | 98.82 |
| HRA Medical EE | 20.00 | 360.00 |
| Plan 401K | 16.41 | 309.80 |
| Vision EE | 3.70 | 66.60 |

## Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 102.70 | 1,990.46 |
| Medicare Employee Withheld | 15.44 | 291.89 |
| Social Security Employee Withheld | 66.03 | 1,248.08 |
| SIT Withheld (PA) | 32.69 | 617.92 |
| SUI Employee Withheld (PA) | 0.77 | 14.46 |
| City Withheld (PA,Dauphin,Lower Paxton Township) | 5.32 | 100.62 |
| PA Local Service Tax | 2.00 | 36.00 |
| School Withheld (PA,Central Dauphin SD) | 15.97 | 301.91 |

## Net Pay Distribution

| Check/Deposit | Bank Name | Branch Name | Account Number | Currency | Payment |
|---|---|---|---|---|---|

# Payslip

| Number | | | Amount |
|---|---|---|---|
| Generic Bank | XXXXXXXXX6192 | USD | 807.52 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Single | 1 | 0.00 |
| PA | | 0 | 0.00 |

# Payslip

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Jamie Lentz | | KSS Biweekly |
| Person Number | Assignment Number | Salary Basis Name |
| | | Hourly |
| | Job Title | Tax Reporting Unit Name |
| | Direct Support Professional - Residential | Keystone Service Systems, Inc |
| Employee Address | Position | Tax Reporting Unit Address |
| 1105 Brook Lane | | 124 Pine Street |
| Harrisburg, PA 17111 | | Harrisburg, PA 17101 |
| US | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 24-Jul-2017 | 6-Aug-2017 | 18-Aug-2017 | 12.89 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,031.35 | 19,561.56 |
| Taxable Non Cash Benefits (Imputed Earnings) | 0.15 | 2.55 |
| Pretax Deductions | 44.66 | 789.62 |
| Employee Tax Deductions | 223.59 | 4,360.42 |
| Net Payment | 762.95 | 14,408.97 |

## Earnings

| Description | Current | Year to Date |
|---|---|---|
| Designated Holiday OT | 0.00 | 58.01 |
| Designated Holiday Paid | 0.00 | 515.60 |
| Group Term Life EE | 0.15 | 2.55 |
| OT Overtime Premium | 0.00 | 510.77 |
| PTO Time Paid | 618.72 | 2,545.79 |
| Regular Hours | 412.48 | 15,600.14 |
| Training Hours | 0.00 | 254.58 |
| Undesignated Holiday Paid | 0.00 | 74.12 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Regular Hours | | | 32.00 | 12.89 | 1.00 | 412.48 |
| PTO Time Paid | | | 48.00 | 12.89 | 1.00 | 618.72 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental EE | 5.49 | 93.33 |
| HRA Medical EE | 20.00 | 340.00 |
| Plan 401K | 15.47 | 293.39 |
| Vision EE | 3.70 | 62.90 |

## Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 93.41 | 1,887.76 |
| Medicare Employee Withheld | 14.53 | 276.45 |
| Social Security Employee Withheld | 62.13 | 1,182.05 |
| SIT Withheld (PA) | 30.76 | 585.23 |
| SUI Employee Withheld (PA) | 0.72 | 13.69 |
| City Withheld (PA,Dauphin,Lower Paxton Township) | 5.01 | 95.30 |
| PA Local Service Tax | 2.00 | 34.00 |
| School Withheld (PA,Central Dauphin SD) | 15.03 | 285.94 |

## Net Pay Distribution

| Check/Deposit | Bank Name | Branch Name | Account Number | Currency | Payment |
|---|---|---|---|---|---|

# Payslip

| Number | | Amount |
| --- | --- | --- |
| Generic Bank | USD | 762.95 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
| --- | --- | --- | --- |
| FEDERAL | Single | 1 | 0.00 |
| PA | | 0 | 0.00 |

# Payslip

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Jamie Lentz | | KSS Biweekly |
| Person Number | Assignment Number | Salary Basis Name |
| | | Hourly |
| | Job Title | Tax Reporting Unit Name |
| | Direct Support Professional - Residential | Keystone Service Systems, Inc |
| | Position | Tax Reporting Unit Address |
| Employee Address | | 124 Pine Street |
| 1105 Brook Lane | | Harrisburg, PA 17101 |
| Harrisburg, PA 17111 | | US |
| US | | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 10-Jul-2017 | 23-Jul-2017 | 4-Aug-2017 | 12.89 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,099.03 | 18,530.21 |
| Taxable Non Cash Benefits (Imputed Earnings) | 0.15 | 2.40 |
| Pretax Deductions | 45.67 | 744.96 |
| Employee Tax Deductions | 242.27 | 4,136.83 |
| Net Payment | 810.94 | 13,646.02 |

## Earnings

| Description | Current | Year to Date |
|---|---|---|
| Designated Holiday OT | 0.00 | 58.01 |
| Designated Holiday Paid | 0.00 | 515.60 |
| Group Term Life EE | 0.15 | 2.40 |
| OT Overtime Premium | 22.56 | 510.77 |
| PTO Time Paid | 0.00 | 1,927.07 |
| Regular Hours | 1,037.65 | 15,187.66 |
| Training Hours | 38.67 | 254.58 |
| Undesignated Holiday Paid | 0.00 | 74.12 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Regular Hours | | | 80.50 | 12.89 | 1.00 | 1,037.65 |
| Training Hours | | | 3.00 | 12.89 | 1.00 | 38.67 |
| OT Overtime Premium | | | 3.50 | 6.44 | 1.00 | 22.56 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental EE | 5.49 | 87.84 |
| HRA Medical EE | 20.00 | 320.00 |
| Plan 401K | 16.48 | 277.92 |
| Vision EE | 3.70 | 59.20 |

## Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 103.41 | 1,794.35 |
| Medicare Employee Withheld | 15.52 | 261.92 |
| Social Security Employee Withheld | 66.33 | 1,119.92 |
| SIT Withheld (PA) | 32.84 | 554.47 |
| SUI Employee Withheld (PA) | 0.77 | 12.97 |
| PA Local Service Tax | 2.00 | 32.00 |
| City Withheld (PA,Dauphin,Lower Paxton Township) | 5.35 | 90.29 |
| School Withheld (PA,Central Dauphin SD) | 16.05 | 270.91 |

## Net Pay Distribution

# Payslip

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| | Generic Bank | | | USD | 810.94 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Single | 1 | 0.00 |
| PA | | 0 | 0.00 |

# Payslip

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Jamie Lentz | | KSS Biweekly |
| Person Number | Assignment Number | Salary Basis Name |
| | | Hourly |
| | Job Title | Tax Reporting Unit Name |
| | Direct Support Professional - Residential | Keystone Service Systems, Inc |
| Employee Address | Position | Tax Reporting Unit Address |
| 1105 Brook Lane | | 124 Pine Street |
| Harrisburg, PA 17111 | | Harrisburg, PA 17101 |
| US | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 12-Jun-2017 | 25-Jun-2017 | 7-Jul-2017 | 12.89 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,084.52 | 15,818.16 |
| Taxable Non Cash Benefits (Imputed Earnings) | 0.15 | 2.10 |
| Pretax Deductions | 45.46 | 645.91 |
| Employee Tax Deductions | 238.26 | 3,510.61 |
| Net Payment | 800.65 | 11,659.54 |

## Earnings

| Description | Current | Year to Date |
|---|---|---|
| Designated Holiday Paid | 0.00 | 412.48 |
| Group Term Life EE | 0.15 | 2.10 |
| OT Overtime Premium | 17.72 | 348.03 |
| PTO Time Paid | 515.60 | 1,927.07 |
| Regular Hours | 551.05 | 12,838.45 |
| Training Hours | 0.00 | 215.91 |
| Undesignated Holiday Paid | 0.00 | 74.12 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Regular Hours | | | 42.75 | 12.89 | 1.00 | 551.05 |
| OT Overtime Premium | | | 2.75 | 6.44 | 1.00 | 17.72 |
| PTO Time Paid | | | 40.00 | 12.89 | 1.00 | 515.60 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental EE | 5.49 | 76.86 |
| HRA Medical EE | 20.00 | 280.00 |
| Plan 401K | 16.27 | 237.25 |
| Vision EE | 3.70 | 51.80 |

## Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 101.27 | 1,511.58 |
| Medicare Employee Withheld | 15.30 | 223.44 |
| Social Security Employee Withheld | 65.43 | 955.39 |
| SIT Withheld (PA) | 32.39 | 473.01 |
| SUI Employee Withheld (PA) | 0.76 | 11.07 |
| PA Local Service Tax | 2.00 | 28.00 |
| City Withheld (PA,Dauphin,Lower Paxton Township) | 5.28 | 77.02 |
| School Withheld (PA,Central Dauphin SD) | 15.83 | 231.10 |

## Net Pay Distribution

| Check/Deposit | Bank Name | Branch Name | Account Number | Currency | Payment |
|---|---|---|---|---|---|

Case 1:17-bk-03658-HWV    Doc 14    Filed 10/09/17    Entered 10/09/17 11:09:07    Desc
Main Document    Page 7 of 12

# Payslip

| Number | | | Amount |
|---|---|---|---|
| Generic Bank | XXXXXXXX6192 | USD | 800.65 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Single | 1 | 0.00 |
| PA | | 0 | 0.00 |

# Payslip

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Jamie Lentz | | KSS Biweekly |
| Person Number | Assignment Number | Salary Basis Name |
| | | Hourly |
| | Job Title | Tax Reporting Unit Name |
| | Direct Support Professional - Residential | Keystone Service Systems, Inc |
| Employee Address | Position | Tax Reporting Unit Address |
| 1105 Brook Lane | | 124 Pine Street |
| Harrisburg, PA 17111 | | Harrisburg, PA 17101 |
| US | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 29-May-2017 | 11-Jun-2017 | 23-Jun-2017 | 12.89 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,110.30 | 14,733.64 |
| Taxable Non Cash Benefits (Imputed Earnings) | 0.15 | 1.95 |
| Pretax Deductions | 45.84 | 600.45 |
| Employee Tax Deductions | 245.36 | 3,272.35 |
| Net Payment | 818.95 | 10,858.89 |

## Earnings

| Description | Current | Year to Date |
|---|---|---|
| Designated Holiday Paid | 103.12 | 412.48 |
| Group Term Life EE | 0.15 | 1.95 |
| OT Overtime Premium | 17.72 | 330.31 |
| PTO Time Paid | 0.00 | 1,411.47 |
| Regular Hours | 989.31 | 12,287.40 |
| Training Hours | 0.00 | 215.91 |
| Undesignated Holiday Paid | 0.00 | 74.12 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Regular Hours | | | 76.75 | 12.89 | 1.00 | 989.31 |
| OT Overtime Premium | | | 2.75 | 6.44 | 1.00 | 17.72 |
| Designated Holiday Paid | | | 8.00 | 12.89 | 1.00 | 103.12 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental EE | 5.49 | 71.37 |
| HRA Medical EE | 20.00 | 260.00 |
| Plan 401K | 16.65 | 220.98 |
| Vision EE | 3.70 | 48.10 |

## Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 105.08 | 1,410.31 |
| Medicare Employee Withheld | 15.68 | 208.14 |
| Social Security Employee Withheld | 67.03 | 889.96 |
| SIT Withheld (PA) | 33.19 | 440.62 |
| SUI Employee Withheld (PA) | 0.77 | 10.31 |
| City Withheld (PA,Dauphin,Lower Paxton Township) | 5.40 | 71.74 |
| PA Local Service Tax | 2.00 | 26.00 |
| School Withheld (PA,Central Dauphin SD) | 16.21 | 215.27 |

## Net Pay Distribution

| Check/Deposit | Bank Name | Branch Name | Account Number | Currency | Payment |
|---|---|---|---|---|---|

# Payslip

| Number | | | Amount |
|---|---|---|---|
| Generic Bank | XXXXXXXXX6192 | USD | 818.95 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Single | 1 | 0.00 |
| PA | | 0 | 0.00 |

# Payslip

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Jamie Lentz | | KSS Biweekly |
| Person Number | Assignment Number | Salary Basis Name |
| | | Hourly |
| | Job Title | Tax Reporting Unit Name |
| | Direct Support Professional - Residential | Keystone Service Systems, Inc |
| Employee Address | Position | Tax Reporting Unit Address |
| 1105 Brook Lane | | 124 Pine Street |
| Harrisburg, PA 17111 | | Harrisburg, PA 17101 |
| US | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 26-Jun-2017 | 9-Jul-2017 | 21-Jul-2017 | 12.89 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,613.02 | 17,431.18 |
| Taxable Non Cash Benefits (Imputed Earnings) | 0.15 | 2.25 |
| Pretax Deductions | 53.38 | 699.29 |
| Employee Tax Deductions | 383.95 | 3,894.56 |
| Net Payment | 1,175.54 | 12,835.08 |

## Earnings

| Description | Current | Year to Date |
|---|---|---|
| Undesignated Holiday Paid | 0.00 | 74.12 |
| Designated Holiday OT | 58.01 | 58.01 |
| Designated Holiday Paid | 103.12 | 515.60 |
| Group Term Life EE | 0.15 | 2.25 |
| OT Overtime Premium | 140.18 | 488.21 |
| PTO Time Paid | 0.00 | 1,927.07 |
| Regular Hours | 1,311.56 | 14,150.01 |
| Training Hours | 0.00 | 215.91 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Regular Hours | | | 101.75 | 12.89 | 1.00 | 1,311.56 |
| OT Overtime Premium | | | 21.75 | 6.44 | 1.00 | 140.18 |
| Designated Holiday OT | | | 9.00 | 6.44 | 1.00 | 58.01 |
| Designated Holiday Paid | | | 8.00 | 12.89 | 1.00 | 103.12 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental EE | 5.49 | 82.35 |
| HRA Medical EE | 20.00 | 300.00 |
| Plan 401K | 24.19 | 261.44 |
| Vision EE | 3.70 | 55.50 |

## Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 179.36 | 1,690.94 |
| Medicare Employee Withheld | 22.96 | 246.40 |
| Social Security Employee Withheld | 98.20 | 1,053.59 |
| SIT Withheld (PA) | 48.62 | 521.63 |
| SUI Employee Withheld (PA) | 1.13 | 12.20 |
| City Withheld (PA,Dauphin,Lower Paxton Township) | 7.92 | 84.94 |
| PA Local Service Tax | 2.00 | 30.00 |
| School Withheld (PA,Central Dauphin SD) | 23.76 | 254.86 |

# Payslip

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| | Generic Bank | | XXXXXXXXX6192 | USD | 1,175.54 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Single | 1 | 0.00 |
| PA | | 0 | 0.00 |