**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

Matthew J Lentz
1105 Brook Lane
Harrisburg, PA 17111

| Pay Group: | MGR-Weekly Salaried Mgr | | |
|---|---|---|---|
| Pay Begin Date: | 08/20/2017 | Business Unit: | RE |
| Pay End Date: | 08/26/2017 | Advice #: | |
| | | Advice Date: | 08/31/2017 |

**Employee ID:**
| Department: | 099-General |
| Location: | Weis Store #199 |
| Job Title: | Assistant Store Manager |
| Pay Rate: | $24.000000 Hourly |

**TAX DATA:**
| | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

**HOURS AND EARNINGS**

| | | --- Current --- | | --- YTD --- | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Base Pay | 24.000000 | 40.00 | 960.00 | 1,272.00 | 30,528.00 |
| Department Mgr Bonus | | | 0.00 | | 166.67 |
| Holiday Not Worked | | | 0.00 | 8.00 | 192.00 |
| Vacation | | | 0.00 | 120.00 | 2,880.00 |
| | | | | | |
| **Total:** | | 40.00 | 960.00 | 1,400.00 | 33,766.67 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 45.40 | 1,577.90 |
| Dental BuyUp | 4.60 | 161.00 |
| Vision | 1.54 | 53.90 |
| Long Term Disability | 3.35 | 122.25 |
| 401(k) | 57.60 | 2,016.00 |
| | | |
| **Total:** | 112.49 | 3,931.05 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 2.38 | 85.10 |
| | | |
| **Total:** | 2.38 | 85.10 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 118.93 | 4,204.47 |
| Fed MED/EE | 13.13 | 461.89 |
| Fed OASDI/EE | 56.13 | 1,974.97 |
| PA Withholding | 0.64 | 22.23 |
| PA Unempl EE | 27.79 | 977.96 |
| PA Local Withholding | 18.10 | 199.10 |
| PA Local LS Tax | 1.00 | 11.00 |
| PA Local Withholding | 0.00 | 401.61 |
| PA Local Withholding | 0.00 | 36.22 |
| PA Local LS Tax | 0.00 | 23.00 |
| PA Local LS Tax | 0.00 | 2.00 |
| | | |
| **Total:** | 235.72 | 8,314.45 |

* Taxable

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 70.85 | 2,456.95 |
| Life & ADD | 0.55 | 19.60 |
| Life & ADD* | 0.21 | 2.73 |
| Profit Sharing Life | 2.79 | 36.27 |
| Short Term Disability | 0.54 | 18.90 |
| 401(k) | 14.40 | 504.00 |
| | | |
| **Total:** | | 8,314.45 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 960.00 | 847.72 | 235.72 | 114.87 | 609.41 |
| YTD: | 33,766.67 | 29,838.35 | 8,314.45 | 4,016.15 | 21,436.07 |

| PTO HOURS | | YTD |
|---|---|---|
| Vacation | 80.0 | |
| Personal | 8.0 | |

**MESSAGE:**

**NET PAY DISTRIBUTION**

| | | NET PAY |
|---|---|---|
| | | 609.41 |
| **Total:** | | 609.41 |

**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

Matthew J Lentz
1105 Brook Lane
Harrisburg, PA 17111

| | |
|---|---|
| Pay Group: | MGR Weekly Salaried Mgr |
| Pay Begin Date: | 08/13/2017 |
| Pay End Date: | 08/19/2017 |

| | | Business Unit: STORE |
|---|---|---|
| Employee ID: | | Advice #: |
| Department: | 094-General | Advice Date: 08/24/2017 |
| Location: | Weis Store #199 | |
| Job Title: | Assistant Store Manager | |
| Pay Rate: | $24.000000 Hourly | |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

**HOURS AND EARNINGS**

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular Base Pay | 24.000000 | 40.00 | 960.00 | 1,232.00 | 29,568.00 | |
| Department Mgr Bonus | | | 0.00 | | 166.67 | |
| Holiday Not Worked | | | 0.00 | 8.00 | 192.00 | |
| Vacation | | | 0.00 | 120.00 | 2,880.00 | |
| **Total:** | | **40.00** | **960.00** | **1,360.00** | **32,806.67** | |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 118.93 | 4,085.54 |
| Fed MED/EE | 13.13 | 448.76 |
| Fed OASDI/EE | 56.13 | 1,918.84 |
| Fed Unempl EE | 0.63 | 21.59 |
| PA Withholding | 27.79 | 950.17 |
| PA Local LS Tax | 18.10 | 181.00 |
| PA Local Withholding | 1.00 | 10.00 |
| PA Local Withholding | 40.61 | 401.61 |
| PA Local Withholding | | 36.22 |
| PA Local LS Tax | | 23.00 |
| PA Local LS Tax | | 2.00 |
| **Total:** | **235.71** | **8,078.73** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 45.40 | 1,532.50 |
| Dental BuyUp | 4.60 | 156.40 |
| Vision | 1.54 | 52.36 |
| Long Term Disability | 3.35 | 118.90 |
| 401(k) | 57.60 | 1,958.40 |
| **Total:** | **112.49** | **3,818.56** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 2.38 | 82.72 |
| **Total:** | **2.38** | **82.72** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 70.85 | 2,386.10 |
| Life & ADD | 0.56 | 19.04 |
| Life & ADD* | 0.21 | 2.52 |
| Profit Sharing Life | 2.79 | 33.48 |
| Short Term Disability | 0.54 | 18.36 |
| 401(k) | 14.40 | 489.60 |
| **Total:** | | |

*  * Taxable

| | Current | YTD |
|---|---|---|
| **TOTAL GROSS** | 960.00 | 32,806.67 |
| **FED TAXABLE GROSS** | 847.72 | 28,990.63 |
| **TOTAL TAXES** | 235.71 | 8,078.73 |
| **TOTAL DEDUCTIONS** | 114.87 | 3,901.28 |
| **NET PAY** | 609.42 | 20,826.66 |

**NET PAY DISTRIBUTION**

| | | | | Total: | 609.42 |
|---|---|---|---|---|---|

| | Current | YTD |
|---|---|---|
| PTO HOURS | | |
| Vacation | 80.0 | |
| Personal | 8.0 | |

**MESSAGE:**

**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

Matthew J Leanz
1105 Brook Lane
Harrisburg, PA 17111

| | |
|---|---|
| Pay Group: | MGR-Weekly Salaried Mgr |
| Pay Begin Date: | 08/06/2017 |
| Pay End Date: | 08/12/2017 |

| | |
|---|---|
| Business Unit: | STORE |
| Advice #: | |
| Advice Date: | 08/17/2017 |

| | |
|---|---|
| Employee ID: | |
| Department: | 099-General |
| Location: | Weis Store #199 |
| Job Title: | Assistant Store Manager |
| Pay Rate: | $24.000000 Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Tax Status: | Single | |
| Allowances: | 0 | 0 |
| Addl. Pct.: | N/A | N/A |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Base Pay | 24.000000 | 40.00 | 960.00 | 1,192.00 | 28,608.00 |
| Department Mgr Bonus | | | 0.00 | | 166.67 |
| Holiday Not Worked | | | 0.00 | | 192.00 |
| Vacation | | | 0.00 | 8.00 | 2,880.00 |
| Total: | | 40.00 | 960.00 | 1,320.00 | 31,846.67 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 45.40 | 1,487.10 |
| Dental BuyUp | 4.60 | 151.80 |
| Vision | 1.54 | 50.82 |
| Long Term Disability | 3.35 | 115.55 |
| 401(k) | 57.60 | 1,900.80 |
| Total: | 112.49 | 3,706.07 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 2.38 | 80.34 |
| Total: | 2.38 | 80.34 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 118.93 | 3,966.61 |
| Fed MED/EE | 13.12 | 435.63 |
| Fed OASDI/EE | 56.13 | 1,862.71 |
| PA Unempl EE | 0.63 | 20.96 |
| PA Withholding | 27.79 | 922.38 |
| PA Local Withholding | 18.10 | 162.90 |
| PA Local LS Tax | 1.00 | 9.00 |
| PA Local Withholding | 0.00 | 401.61 |
| PA Local Withholding | 0.00 | 36.22 |
| PA Local LS Tax | 23.00 | 23.00 |
| PA Local LS Tax | 0.00 | 2.00 |
| Total: | 235.70 | 7,843.02 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 70.85 | 2,315.25 |
| Life & ADD | 0.56 | 18.48 |
| Life & ADD* | 0.21 | 2.31 |
| Profit Sharing Life | 2.79 | 30.69 |
| Short Term Disability | 0.54 | 17.82 |
| 401(k) | 14.40 | 475.20 |
| Total: | | |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 960.00 | 847.72 | 235.70 | 114.87 | 609.43 |
| YTD: | 31,846.67 | 28,142.91 | 7,843.02 | 3,786.41 | 20,217.24 |

| YTD HOURS | YTD |
|---|---|
| Vacation | 80.0 |
| Personal | 8.0 |

| | Current |
|---|---|
| Vacation | 80.00 |
| | 8.0 |

**NET PAY DISTRIBUTION:** 609.43

Total: 609.43

# Weis Markets, Inc.
1000 South Second Street
Sunbury, PA 17801

Matthew J Lentz
1105 Brook Lane
Harrisburg, PA 17111

| | |
|---|---|
| Employee ID: | |
| Department: | 099-General |
| Location: | Weis Store #199 |
| Job Title: | Assistant Store Manager |
| Pay Rate: | $24.000000 Hourly |

| | |
|---|---|
| Pay Group: | MGR-Weekly Salaried Mgr |
| Pay Begin Date: | 07/30/2017 |
| Pay End Date: | 08/05/2017 |

| | |
|---|---|
| Business Unit: | STORE |
| Advice #: | |
| Advice Date: | 08/10/2017 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|
| Regular Base Pay | 24.000000 | 40.00 | 960.00 | 1,152.00 | 27,648.00 |
| Department Mgr Bonus | | | 0.00 | | 166.67 |
| Holiday Not Worked | | | 0.00 | 8.00 | 192.00 |
| Vacation | | | 0.00 | 120.00 | 2,880.00 |
| Total: | | 40.00 | 960.00 | 1,280.00 | 30,886.67 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 45.40 | 1,441.70 |
| Dental BuyUp | 4.60 | 147.20 |
| Vision | 1.54 | 49.28 |
| Long Term Disability | 3.35 | 112.20 |
| 401(k) | 57.60 | 1,843.20 |
| Total: | 112.49 | 3,593.58 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 2.38 | 77.96 |
| Total: | 2.38 | 77.96 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 118.93 | 3,847.68 |
| Fed MED/EE | 13.13 | 422.51 |
| Fed OASDI/EE | 56.13 | 1,806.58 |
| PA Unempl EE | 0.63 | 20.33 |
| PA Withholding | 27.79 | 894.59 |
| PA Local Withholding | 18.10 | 144.80 |
| PA Local LS Tax | 1.00 | 8.00 |
| PA Local Withholding | 0.00 | 401.61 |
| PA Local Withholding | 0.00 | 36.22 |
| PA Local LS Tax | 0.00 | 23.00 |
| PA Local LS Tax | 0.00 | 2.00 |
| Total: | 235.71 | 7,607.32 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 70.85 | 2,244.40 |
| Life & ADD | 0.56 | 17.92 |
| Life & ADD | 0.21 | 2.10 |
| Life & ADD* | 2.79 | 27.90 |
| Profit Sharing Life | 0.54 | 17.28 |
| Short Term Disability | 14.40 | 460.80 |
| 401(k) | | |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 960.00 | 847.72 | 235.71 | 114.87 | 609.42 |
| YTD: | 30,886.67 | 27,295.19 | 7,607.32 | 3,671.54 | 19,607.81 |

| PTD HOURS | YTD |
|---|---|
| Vacation | 80.0 |
| Personal | 8.0 |

### NET PAY DISTRIBUTION

| | NET PAY |
|---|---|
| | 609.42 |

# Weis Markets, Inc.
1000 South Second Street
Sunbury, PA 17801

Matthew J Lentz
1105 Brook Lane
Harrisburg, PA 17111

| | |
|---|---|
| Pay Group: | MGR-Weekly Salaried Mgr |
| Pay Begin Date: | 07/23/2017 |
| Pay End Date: | 07/29/2017 |

| | |
|---|---|
| Business Unit: | STORE |
| Advice #: | |
| Advice Date: | 08/03/2017 |

| | |
|---|---|
| Employee ID: | 099-General |
| Department: | 099-General |
| Location: | Weis Store #199 |
| Job Title: | Assistant Store Manager |
| Pay Rate: | $24,000000 Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Tax Status: | Single | |
| Allowances: | 0 | N/A |
| Addl. Pct: | 0 | 0 |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | | Hours | Earnings |
| Vacation | 24.000000 | 40.00 | 960.00 | | 120.00 | 2,880.00 |
| Department Mgr Bonus | | 0.00 | | | | 166.67 |
| Holiday Not Worked | | 0.00 | 0.00 | | 8.00 | 192.00 |
| Regular Base Pay | | 0.00 | 0.00 | | 1,112.00 | 26,688.00 |
| **Total:** | | **40.00** | **960.00** | | **1,240.00** | **29,926.67** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 118.93 | 3,738.75 |
| Fed MED/EE | 13.13 | 409.38 |
| Fed OASDI/EE | 56.13 | 1,750.45 |
| PA Unemp EE | 0.63 | 19.70 |
| PA Withholding | 27.79 | 866.80 |
| PA Local Withholding | 18.10 | 126.70 |
| PA Local LS Tax | 1.00 | 7.00 |
| PA Local Withholding | 0.00 | 401.61 |
| PA Local LS Tax | 0.00 | 36.22 |
| PA Local LS Tax | 0.00 | 23.00 |
| PA Local LS Tax | 0.00 | 2.00 |
| **Total:** | **235.71** | **7,371.61** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 45.40 | 1,396.30 |
| Dental BuyUp | 4.60 | 142.60 |
| Vision | 1.54 | 47.74 |
| Long Term Disability | 3.35 | 108.85 |
| 401(k) | 57.60 | 1,785.60 |
| **Total:** | **112.49** | **3,481.09** |

## AFTER-TAX DEDUCTIONS

| Description | | Current | YTD |
|---|---|---|---|
| Supplemental Life | | 2.38 | 75.58 |
| **Total:** | | **2.38** | **75.58** |

*\* Taxable*

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 70.85 | 2,173.55 |
| Life & ADD | 0.56 | 17.36 |
| Life & ADD* | 0.21 | 1.89 |
| Profit Sharing Life | 2.79 | 25.11 |
| Short Term Disability | 0.54 | 16.74 |
| 401(k) | 14.40 | 446.00 |
| **Total:** | | |

| | Current | YTD |
|---|---|---|
| **TOTAL GROSS** | 960.00 | 29,926.67 |
| **FED TAXABLE GROSS** | 847.72 | 26,447.47 |
| **TOTAL TAXES** | 235.71 | 7,371.61 |
| **TOTAL DEDUCTIONS** | 114.87 | 3,556.67 |
| **NET PAY** | 609.42 | 18,998.39 |

| Current: | | | |
|---|---|---|---|
| YTD: | 960.00 | | |
| | 29,926.67 | | |

| PTO HOURS | YTD | |
|---|---|---|
| Vacation | 80.0 | |
| Personal | 8.0 | |

**MESSAGE:**

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Total: | | 609.42 |

**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

Matthew J Lentz
1105 Brook Lane
Harrisburg, PA 17111

| | |
|---|---|
| Pay Group: | MGR-Weekly Salaried Mgr |
| Pay Begin Date: | 07/16/2017 |
| Pay End Date: | 07/22/2017 |

| | |
|---|---|
| Business Unit: | STORE |
| Advice #: | |
| Advice Date: | 6/14/2017 |

| | | |
|---|---|---|
| Employee ID: | | |
| Department: | 099-General | |
| Location: | Weis Store #199 | |
| Job Title: | Assistant Store Manager | |
| Pay Rate: | $24.000000 Hourly | |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Base Pay | 24.000000 | 40.00 | 960.00 | 1,112.00 | 26,688.00 |
| Department Mgr Bonus | | | 0.00 | | 166.67 |
| Holiday Not Worked | | | 0.00 | 8.00 | 192.00 |
| Vacation | | | 0.00 | 80.00 | 1,920.00 |
| **Total:** | | 40.00 | 960.00 | 1,200.00 | 28,966.67 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 118.93 | 3,609.82 |
| Fed MED/EE | 13.12 | 396.25 |
| Fed OASDI/EE | 56.13 | 1,694.32 |
| PA Unempl EE | 0.63 | 19.07 |
| PA Withholding | 27.79 | 839.01 |
| PA Local LS Tax | 18.10 | 108.60 |
| PA Local Withholding | 1.00 | 6.00 |
| PA Local Withholding | 0.00 | 401.61 |
| PA Local LS Tax | 0.00 | 36.22 |
| PA Local LS Tax | 0.00 | 23.00 |
| PA Local LS Tax | 0.00 | 2.00 |
| **Total:** | 235.70 | 7,135.90 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 45.40 | 1,350.90 |
| Dental BuyUp | 4.60 | 138.00 |
| Vision | 1.54 | 46.20 |
| Long Term Disability | 3.35 | 105.50 |
| 401(k) | 57.60 | 1,728.00 |
| **Total:** | 112.49 | 3,368.60 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 2.38 | 73.20 |
| **Total:** | 2.38 | 73.20 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 70.85 | 2,102.70 |
| Life & ADD | 0.56 | 16.80 |
| Life & ADD* | 0.21 | 1.68 |
| Profit Sharing Life | 2.79 | 22.32 |
| Short Term Disability | 0.54 | 16.20 |
| 401(k) | 14.40 | 432.00 |
| **Total:** | | |

* Taxable

| | Current | YTD |
|---|---|---|
| **TOTAL GROSS:** | 960.00 | 28,966.67 |
| **TOTAL TAXABLE GROSS** | 847.72 | 25,599.75 |
| **TOTAL TAXES** | 235.70 | 7,135.90 |
| **TOTAL DEDUCTIONS** | 114.87 | 3,441.80 |
| **NET PAY** | 609.43 | 18,338.97 |

## YTD HOURS

| | YTD |
|---|---|
| Current: | 960.00 |
| YTD: | 28,966.67 |

| | YTD |
|---|---|
| YTD HOURS | 25,599.75 |

## NET PAY DISTRIBUTION

| | Advice # | | |
|---|---|---|---|
| Current: | | | 609.43 |
| Vacation | 120.0 | | |
| Personal | 8.0 | | 609.43 |

Weis Markets, Inc.
1000 South Second Street
Sunbury, PA 17801

Matthew J Lentz
1105 Brook Lane
Harrisburg, PA 17111

| Pay Group: | MGR-Weekly Salaried Mgr |
| Pay Begin Date: | 07/09/2017 |
| Pay End Date: | 07/15/2017 |

| Business Unit: | STORE |
| Advice #: | |
| Advice Date: | 07/20/2017 |

| Employee ID: | |
| Department: | 099-General |
| Location: | Weis Store #199 |
| Job Title: | Assistant Store Manager |
| Pay Rate: | $24.000000 Hourly |

| TAX DATA: | Federal | PA State |
| --- | --- | --- |
| Tax Status: | Single | |
| Allowances: | 0 | 0 |
| Addl. Pct.: | N/A | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
| --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Base Pay | 24.000000 | 40.00 | 960.00 | 1,073.00 | 25,728.00 |
| Department Mgr Bonus | | | 0.00 | | 166.67 |
| Holiday Not Worked | | | 0.00 | 8.00 | 192.00 |
| Vacation | | | 0.00 | 80.00 | 1,920.00 |
| Total: | | 40.00 | 960.00 | 1,160.00 | 28,006.67 |

## TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholding | 118.93 | 3,490.89 |
| Fed MED/EE | 13.13 | 383.13 |
| Fed OASDI/EE | 56.13 | 1,638.19 |
| PA Unempl EE | 0.64 | 18.44 |
| PA Withholding | 27.79 | 811.22 |
| PA Local Withholding | 18.10 | 528.50 |
| PA Local LS Tax | 1.00 | 5.00 |
| PA Local Withholding | 0.00 | 401.61 |
| PA Local Withholding | 0.00 | 362.2 |
| PA Local LS Tax | 0.00 | 23.00 |
| PA Local LS Tax | 0.00 | 2.00 |
| Total: | 235.72 | 6,900.20 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Blue Cross Gold Plan | 45.40 | 1,306.50 |
| Dental BuyUp | 4.60 | 133.40 |
| Vision | 1.54 | 44.66 |
| Long Term Disability | 3.35 | 102.15 |
| 401(k) | 57.60 | 1,670.40 |
| Total: | 112.49 | 3,256.11 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Supplemental Life | 2.38 | 70.82 |
| Total: | 2.38 | 70.82 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| Blue Cross Gold Plan | 70.85 | 2,031.85 |
| Life & ADD | 0.56 | 16.24 |
| Life & ADD* | 0.21 | 1.47 |
| Profit Sharing Life | 2.79 | 19.53 |
| Short Term Disability | 0.54 | 15.66 |
| 401(k) | 14.40 | 417.60 |
| Total: | | |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current: | 960.00 | 847.72 | 235.72 | 114.87 | 609.41 |
| YTD: | 28,006.67 | 24,752.03 | 6,900.20 | 3,326.93 | 17,779.54 |

## PTO HOURS

| | Vacation | Personal |
| --- | --- | --- |
| YTD | 120.0 | 8.0 |

MESSAGE:

| NET PAY DISTRIBUTION | | |
| --- | --- | --- |
| | | Total: |
| | | 609.41 |

**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

| | |
|---|---|
| Pay Group: | MGR-Weekly Salaried Mgr |
| Pay Begin Date: | 07/02/2017 |
| Pay End Date: | 07/08/2017 |

Business Unit: STORE
Advice #:
Advice Date: 07/13/2017

Matthew J Lentz
1105 Brook Lane
Harrisburg, PA 17111

| | |
|---|---|
| Employee ID: | |
| Department: | 099-General |
| Location: | Weis Store #199 |
| Job Title: | Assistant Store Manager |
| Pay Rate: | $24.000000 Hourly |

**TAX DATA:** | Federal | PA State
Tax Status: | Single |
Allowances: | 0 | 0
Addl. Pct.: | | N/A
Addl. Amt.: |

## HOURS AND EARNINGS

| | | | ------ Current ------ | | ------ YTD ------ | |
| Description | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|
| Holiday Not Worked | | 8.00 | 192.00 | 8.00 | 192.00 |
| Regular Base Pay | 24.000000 | 32.00 | 768.00 | 1,032.00 | 24,768.00 |
| Department Mgr Bonus | | | 0.00 | | 166.67 |
| Vacation | 24.000000 | | 0.00 | 80.00 | 1,920.00 |
| | | | | | |
| **Total:** | | 40.00 | 960.00 | 1,120.00 | 27,046.67 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 118.93 | 3,371.96 |
| Fed MED/EE | 13.13 | 370.00 |
| Fed OASDI/EE | 56.13 | 1,582.06 |
| PA Unempl EE | 0.63 | 17.80 |
| PA Withholding | 27.79 | 783.43 |
| PA Local Withholding | 18.10 | 72.40 |
| PA Local LS Tax | 1.00 | 4.00 |
| PA Local Withholding | | 401.61 |
| PA Local Withholding | | 36.22 |
| PA Local LS Tax | | 23.00 |
| PA Local LS Tax | | 2.00 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 45.40 | 1,260.10 |
| Dental BuyUp | 4.60 | 128.80 |
| Vision | 1.54 | 43.12 |
| Long Term Disability | 3.35 | 98.80 |
| 401(k) | 57.60 | 1,612.80 |
| | | |
| **Total:** | 112.49 | 3,143.62 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 2.38 | 235.71 |
| | | |
| **Total:** | 2.38 | 68.44 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 70.85 | 1,961.00 |
| Life & ADD | 0.56 | 15.68 |
| Life & ADD * | 0.21 | 1.26 |
| Profit Sharing Life | 2.79 | 16.74 |
| Short Term Disability | 0.54 | 15.12 |
| 401(k) | 14.40 | 403.20 |
| | | |
| **Total:** | | 235.71 |

\* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 960.00 | 847.72 | 235.71 | 114.87 | 609.42 |
| YTD: | 27,046.67 | 23,904.31 | 6,664.48 | 3,212.06 | 17,170.13 |

| PTO HOURS | YTD | |
|---|---|---|
| Vacation | 120.0 | |
| Personal | 8.0 | |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Advice #: | | |
| | | 609.42 |

**NET PAY** 609.42

**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

Matthew J Lentz
1105 Brook Lane
Harrisburg, PA 17111

| | |
|---|---|
| Pay Group: | MGR-Weekly Salaried Mgr |
| Pay Begin Date: | 06/25/2017 |
| Pay End Date: | 07/01/2017 |

Business Unit: STORE
Advice #:
Advice Date: 07/06/2017

| Employee ID: | 099-General |
| Department: | 099-General |
| Location: | Weis Store #199 |
| Job Title: | Assistant Store Manager |
| Pay Rate: | $24.000000 Hourly |

**TAX DATA:** | Federal | PA State
| Tax Status: | Single | N/A
| Allowances: | 0 | 0
| Addl. Pct.: |
| Addl. Amt.: |

## HOURS AND EARNINGS

| | | Current | | Current | | YTD | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | |
| Regular Base Pay | 24.000000 | 40.00 | 960.00 | 1,000.00 | 24,000.00 | | |
| Department Mgr Bonus | | 0.00 | 0.00 | | 166.67 | | |
| Vacation | | 0.00 | | 80.00 | 1,920.00 | | |

| **Total:** | | 40.00 | 960.00 | 1,080.00 | 26,086.67 | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 118.93 | 3,253.03 |
| Fed MED/EE | 13.13 | 356.87 |
| Fed OASDI/EE | 56.13 | 1,525.93 |
| PA Unempl EE | 0.63 | 17.17 |
| PA Withholding | 27.79 | 755.64 |
| PA Local Withholding | 18.10 | 54.30 |
| PA Local LS Tax | 1.00 | 3.00 |
| PA Local Withholding | 0.00 | 401.61 |
| PA Local Withholding | 0.00 | 36.22 |
| PA Local Withholding | 0.00 | 23.00 |
| PA Local LS Tax | 0.00 | 2.00 |

| **Total:** | 235.71 | 6,428.77 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 45.40 | 1,214.70 |
| Dental BuyUp | 4.60 | 124.20 |
| Vision | 1.54 | 41.58 |
| Long Term Disability | 3.35 | 95.45 |
| 401(k) | 57.60 | 1,555.20 |

| **Total:** | 112.49 | 3,031.13 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 2.38 | 66.06 |

| **Total:** | 2.38 | 66.06 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 70.85 | 1,890.15 |
| Life & ADD | 0.56 | 15.12 |
| Life & ADD* | 0.21 | 1.05 |
| Vision | 2.79 | 13.95 |
| Profit Sharing Life | 0.54 | 14.58 |
| Short Term Disability | 14.40 | 388.80 |
| 401(k) | | |

| **Total:** | | |

`* Taxable`

| | Current | YTD |
|---|---|---|
| **TOTAL GROSS** | 960.00 | 26,086.67 |
| **FED TAXABLE GROSS** | 847.72 | 23,056.59 |
| **TOTAL TAXES** | 235.71 | 6,428.77 |
| **TOTAL DEDUCTIONS** | 114.87 | 3,097.19 |
| **NET PAY** | 609.42 | 16,560.71 |

## NET PAY DISTRIBUTION

| | Current | YTD |
|---|---|---|
| Current: | | 609.42 |
| YTD: | 26,086.67 | |

**Total** 609.42

**PTO HOURS** | YTD
Vacation | 120.0
Personal | 8.0

MESSAGE:

**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

| Pay Group: | MGR-Weekly Salaried Mgr |
| Pay Begin Date: | 06/18/2017 |
| Pay End Date: | 06/24/2017 |

Business Unit: STORE
Advice #:
Advice Date: 06/29/2017

Matthew J Lentz
1105 Brook Lane
Harrisburg, PA 17111

Employee ID:
Department: 099-General
Location: Weis Store #199
Job Title: Assistant Store Manager
Pay Rate: $24.000000 Hourly

| TAX DATA: | Federal | PA State |
| Tax Status: | Single | |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | N/A |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Base Pay | 24.000000 | 40.00 | 960.00 | | 23,040.00 |
| Department Mgr Bonus | | | 0.00 | | 166.67 |
| Vacation | | | 0.00 | 80.00 | 1,920.00 |
| **Total:** | | 40.00 | 960.00 | 1,040.00 | 25,126.67 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 45.40 | 1,169.30 |
| Dental BuyUp | 4.60 | 119.60 |
| Vision | 1.54 | 40.04 |
| Long Term Disability | 3.35 | 92.10 |
| 401(k) | 57.60 | 1,497.60 |
| **Total:** | 112.49 | 2,918.64 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 2.38 | 63.68 |
| **Total:** | 2.38 | 63.68 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 118.93 | 3,134.10 |
| Fed MED/EE | 13.12 | 343.74 |
| Fed OASDI/EE | 56.13 | 1,469.80 |
| PA Unempl EE | 0.63 | 16.54 |
| PA Withholding | 27.79 | 727.85 |
| PA Local Withholding | 18.10 | 36.20 |
| PA Local LS Tax | 1.00 | 2.00 |
| PA Local Withholding | 0.00 | 401.61 |
| PA Local Withholding | 0.00 | 36.22 |
| PA Local LS Tax | 0.00 | 23.00 |
| PA Local LS Tax | 0.00 | 2.00 |
| **Total:** | 235.70 | 6,193.06 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 70.88 | 1,819.30 |
| Life & ADD | 0.56 | 14.56 |
| Life & ADD* | 0.21 | 0.84 |
| Profit Sharing Plan | 2.79 | 11.16 |
| Short Term Disability | 0.54 | 14.04 |
| 401(k) | 14.40 | 374.40 |

* Taxable

## TOTALS

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 960.00 | 847.72 | 235.70 | 114.87 | 609.43 |
| YTD: | 25,126.67 | 22,208.87 | 6,193.06 | 2,982.32 | 15,951.29 |

| PTO HOURS | YTD | Personal |
|---|---|---|
| Vacation | 120.0 | |
| Personal | 8.0 | |

MFPSACFE...

| | EMPLOYER TAX CONTRIBUTION | |
|---|---|---|
| Total: | | |

# Weis Markets, Inc.

1000 South Second Street
Sunbury, PA 17801

Matthew J Lentz
1105 Brook Lane
Harrisburg, PA 17111

| | |
|---|---|
| Employee ID: | |
| Department: | 099-General |
| Location: | Weis Store #199 |
| Job Title: | Assistant Store Manager |
| Pay Rate: | $24.000000 Hourly |

| | |
|---|---|
| Pay Group: | MGR-Weekly Salaried Mgr |
| Pay Begin Date: | 06/11/2017 |
| Pay End Date: | 06/17/2017 |

| | |
|---|---|
| Business Unit: | STORE |
| Advice #: | |
| Advice Date: | 06/22/2017 |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | N/A | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Base Pay | 24.000000 | 40.00 | 960.00 | 920.00 | 22,080.00 |
| Department Mgr Bonus | | | 0.00 | | 166.67 |
| Vacation | | | 0.00 | 80.00 | 1,920.00 |
| Total: | | 40.00 | 960.00 | 1,000.00 | 24,166.67 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 45.40 | 1,123.90 |
| Dental BuyUp | 4.60 | 115.00 |
| Vision | 1.54 | 38.50 |
| Long Term Disability | 3.35 | 88.75 |
| 401(k) | 57.60 | 1,440.00 |
| Total: | 112.49 | 2,806.15 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 2.38 | 61.30 |
| Total: | 2.38 | 61.30 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 118.87 | 3,015.17 |
| Fed MED/EE | 13.13 | 330.62 |
| Fed OASDI/EE | 56.12 | 1,413.67 |
| PA Unempl EE | 0.63 | 15.91 |
| PA Withholding | 27.79 | 700.06 |
| PA Local Withholding | 18.10 | 18.10 |
| PA Local LS Tax | 1.00 | 1.00 |
| PA Local Withholding | 0.00 | 401.61 |
| PA Local Withholding | 0.00 | 36.22 |
| PA Local LS Tax | 0.00 | 23.00 |
| PA Local LS Tax | 0.00 | 2.00 |
| Total: | 235.64 | 5,597.36 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 70.85 | 1,748.65 |
| Life & ADD | 0.56 | 14.00 |
| Short Term Disability | 0.54 | 13.50 |
| 401(k) | 14.40 | 360.00 |
| Life & ADD* | 0.00 | 0.63 |
| Profit Sharing Life | 0.00 | 8.37 |

\* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 960.00 | 847.51 | 235.64 | 114.87 | 609.49 |
| YTD: | 24,166.67 | 21,361.15 | 5,597.36 | 2,867.45 | 15,341.86 |

## NET PAY DISTRIBUTION

| | | | NET PAY |
|---|---|---|---|
| | | | 609.49 |
| Total: | | | 609.49 |

**MFRS.LGE.**

| YTD HOURS | YTD |
|---|---|
| Vacation | 120.0 |
| Personal | 8.0 |

# Weis Markets, Inc.
1000 South Second Street
Sunbury, PA 17801

| | |
|---|---|
| Pay Group: | MGR-Weekly Salaried Mgr |
| Pay Begin Date: | 05/28/2017 |
| Pay End Date: | 06/03/2017 |

Business Unit: STORE
Advice #:
Advice Date: 06/08/2017

Matthew J Lentz
1105 Brook Lane
Harrisburg, PA 17111

| Employee ID: | |
|---|---|
| Department: | 099-General |
| Location: | West Store #095 |
| Job Title: | Assistant Store Manager |
| Pay Rate: | $24.000000/Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Tax Status: | Single | |
| Allowances: | 0 | N/A |
| Addl. Pct.: | | 0 |
| Addl. Amt.: | 0 | |

## HOURS AND EARNINGS

| | | Current | | YTD | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular Base Pay | 24.000000 | 40.00 | 960.00 | 840.00 | 20,160.00 | |
| Department Mgr Bonus | | | 0.00 | | 166.67 | |
| Vacation | | | 0.00 | | 1,920.00 | |
| **Total:** | | **40.00** | **960.00** | | **22,246.67** | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 118.87 | 2,777.43 |
| Fed MED/EE | 13.13 | 304.37 |
| Fed OASDI/EE | 56.12 | 1,301.44 |
| PA Unempl EE | 0.64 | 14.65 |
| PA Withholding | 27.79 | 644.48 |
| PA Local Withholding | 18.10 | 383.51 |
| PA Local LS Tax | 1.00 | 22.00 |
| PA Local Withholding | 0.00 | 36.22 |
| PA Local LS Tax | 0.00 | 2.00 |
| **Total:** | **235.65** | **5,486.10** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 45.40 | 1,033.10 |
| Dental BuyUp | 4.60 | 105.80 |
| Vision | 1.54 | 35.42 |
| Long Term Disability | 3.35 | 82.05 |
| 401(k) | 57.60 | 1,324.80 |
| **Total:** | **112.49** | **2,581.17** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 2.38 | 56.54 |
| **Total:** | **2.38** | **56.54** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Gold Plan | 70.85 | 1,606.75 |
| Life & ADD | 0.36 | 12.88 |
| Short Term Disability | 0.54 | 12.42 |
| 401(k) | 14.40 | 331.20 |
| Life & ADD* | 0.00 | 0.63 |
| Profit Sharing Life | 0.00 | 8.37 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 960.00 | 847.51 | 235.65 | 114.87 | 609.48 |
| YTD: | 22,246.67 | 19,666.13 | 5,486.10 | 2,637.71 | 14,122.86 |

## NET PAY DISTRIBUTION

| | | | |
|---|---|---|---|
| | | | 609.48 |

| PTO HOURS | FED | |
|---|---|---|
| Vacation | 120.0 | |
| Personal | 8.0 | |