IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
MATTHEW JAMES LENTZ :
JAMIE MARIE LENTZ : 1:17-bk-03658-HWV

## AMENDMENT TO SCHEDULE F

Please amend Schedule F of the Voluntary Petition filed in the above captioned case to

Include the following creditors:

| Name | Basis/Account | Amount |
|---|---|---|
| Paypal Credit<br>PO Box 5018<br>Lutherville Timonium, MD 21094 | ****7835<br>Credit Card Charges | $5,597.46 |

Dated: November 9, 2017        s/MATTHEW JAMES LENTZ
                                                MATTHEW JAMES LENTZ

                                                s/JAMIE MARIE LENTZ
                                                JAMIE MARIE LENTZ

**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| MATTHEW JAMES LENTZ | : | |
| JAMIE MARIE LENTZ | : | 1:17-bk-03658-HWV |

## CERTIFICATE OF SERVICE

I, Chad J. Julius, with Jacobson & Julius, hereby certify that I have served a copy of the foregoing Amendment to Schedule F on the following person(s):

| **Name and Address** | **Mode of Service** |
|---|---|
| CHAPTER 7 TRUSTEE | Electronically |
| U.S. TRUSTEE<br>228 Walnut Street, Suite 1190<br>Harrisburg, Pa 17101 | Electronically |
| Paypal Credit<br>PO Box 5018<br>Lutherville Timonium, MD 21094 | First Class Mail, Postage Prepaid |

Date: November 9, 2017　　　　　　　　　　　　　　s/Chad J. Julius